(September 22, 1954.)

∎

MARAVENE HOLLAND, Appellant, v. GLENN TRACY, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

∎

HAROLD SMITH, Appellant, v. MARY SMITH, Respondent.— Motion to modify the order of the Special Term as to the custody of the children of the parties, denied. The motion to modify the order reaches the merits of the appeal from the order and the preferred practice is to consider the merits of the order on the appeal which, in all its aspects, should be promptly prosecuted. Motion to stay the direction in respect to counsel fees granted. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *post,* p. 1085.]

∎

GRACE M. SULLIVAN, Appellant, v. CITY OF WATERVLIET, Respondent.— Motion to dismiss appeal granted, pursuant to the stipulation of the parties. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

∎

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROGER C. DALES, Appellant.— The parole officer of Otsego County is directed to make and file with the clerk of this court a report on the question of sentence of defendant now before the court for review; and the Director of Probation, Division of Probation, Department of Correction, is requested to tender such aid and assistance in the making of such report as may be indicated. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

∎

In the Matter of the Claim of MARY BURCIA, Respondent, against ST. JOSEPH LEAD COMPANY, Appellant, and SPECIAL FUNDS CONSERVATION COMMITTEE, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 283 App. Div. 1124.]

∎

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK TELEPHONE COMPANY, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents, and CITY OF NEW YORK, Intervener-Respondent.— Motion for permission to appeal to the Court of Appeals granted, without costs. The order adopted as proposed by the moving party except that the question certified shall be: "Was that part of the order of the referee, entered August 13, 1952, sustaining the power of the Tax Commission to make the valuations there reviewed correctly made?" Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 496.]